1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   UNITED STATES OF AMERICA,                CASE NO. CR18-0194-JCC

10                       Plaintiff,          ORDER

11          v.

12   KEVIN SCOTT TA,

13                       Defendant.

14

15          This matter comes before the Court on Defendant's motion to seal (Dkt. No. 43) an

16   exhibit (Dkt. No. 45) to his sentencing memorandum (Dkt. No. 44). The Court hereby GRANTS

17   the motion (Dkt. No. 43) for the reasons explained herein.

18          The Court starts from the position that "[t]here is a strong presumption of public access to

19   [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a

20   "compelling reason" for sealing that is "sufficient to outweigh the public's interest in

21   disclosure." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

22   Defendant seeks to maintain under seal an exhibit pertaining to the May 6, 2018 fentanyl

23   overdose associated with his criminal case. (*See* Dkt. No. 43.) The Court previously entered a

24   protective order restricting dissemination of information related to that fentanyl overdose. (Dkt.

25   No. 20.) The extremely sensitive nature of the material outweighs any public interest in its

26   disclosure.

Therefore, Defendant's motion to seal (Dkt. No. 43) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 45 under seal.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE